# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | |
| ) | |
| v. ) | **COMPLAINT** |
| ) | **JURY TRIAL DEMAND** |
| ) | |
| YANCY'S! INC. d/b/a Yancy's Restaurant ) | |
| ) | |
| Defendant. ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, female, and to provide appropriate relief to Sheena Jones and other similarly situated female employees, who were adversely affected by such practices. Specifically, Plaintiff, Equal Employment Opportunity Commission ("EEOC" or the "Commission") alleges that Defendant, Yancy's!, Inc. d/b/a Yancy's Restaurant ("Defendant"), subjected Ms. Jones and other similarly situated female employees to a sexually hostile work environment in violation of Title VII.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of North Carolina.

## PARTIES

3. Plaintiff, the United States Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been doing business in the State of North Carolina and the City of Raleigh, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Sheena Jones filed a charge of discrimination with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From around October 2006 until at least June 2007, Defendant engaged in unlawful employment practices at its restaurant in Raleigh, North Carolina, in violation of Section 703(a)(1) of Title VII. Specifically, Defendant subjected Sheena Jones, a former server at Defendant's restaurant, and other similarly situated female employees to harassment that created a sexually hostile work environment based on their sex, female. The harassment was perpetrated by a male manager and a male owner. The harassment included unwelcome sexual comments about the women's bodies and their appearance, as well as groping and inappropriate touching. The sexual comments and conduct at Defendant's restaurant was severe or pervasive

and created a sexually hostile work environment for restaurant's female employees.

8. The effect of the practices complained of in paragraph 7 above, have been to deprive Ms. Jones and other similarly situated employees of equal employment opportunities and otherwise adversely affect their status as employees.

9. The unlawful employment practices complained of in paragraph 7 above, were intentional.

10. The unlawful employment practices complained of in paragraph 7 above, were done with malice or with reckless indifference to the federally protected rights of Sheena Jones and other similarly situated female employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from creating or maintaining a sexually hostile work environment or any other employment practice which discriminates on the basis of sex, and from retaliating against employees who oppose practices made unlawful by Title VII.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Sheena Jones and other similarly situated female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at

trial.

D. Order Defendant to make whole Sheena Jones and other similarly situated female employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self esteem, loss of civil rights and other non-pecuniary losses, in amounts to be determined at trial.

E. Order Defendant to pay Sheena Jones and other similarly situated female employees punitive damages for the malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

/s/ Lynette A. Barnes
LYNETTE A. BARNES
Regional Attorney
North Carolina Bar No. 19732
U.S Equal Employment Opportunity
Commission
Charlotte District Office
129 W. Trade Street, Suite 400
Charlotte, N.C. 28202
Phone: (704) 344-6878
Fax;    (704) 344-6780
E-mail: lynette.barnes@eeoc.gov


/s/ Tracy Hudson Spicer
TRACY HUDSON SPICER
Supervisory Trial Attorney
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507
Phone: (202) 419-0711
Fax:    (202) 419-0701
E-mail: tracy.spicer@eeoc.gov


/s/ Suzanne L. Nyfeler
Suzanne L. Nyfeler
Senior Trial Attorney
Virginia Bar No. 40450
U.S. Equal Employment Opportunity
Commission
Richmond Local Office
830 East Main Street, Suite 600
Richmond, VA 23219
Phone: (804) 771-2215
Fax:    (804) 771-2222
E-mail: Suzanne.nyfeler@eeoc.gov

5