IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:08-CV-497

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| YANCY'S! INC. d/b/a Yancy's Restaurant | ) ) |
| Defendant. | ) ) ) ) |

## JUDGMENT

This action came before the Court on motion by the Plaintiff, seeking a judgment against Defendant on behalf of Sheena Jones and Marissa Ellington. The issues have been considered and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court enters a judgment against Defendant in favor of Sheena Jones in the amount of fifty thousand dollars ($50,000) in compensatory damages plus interest from the time of the award, and in favor of Marissa Ellington in the amount of thirty-five thousand dollars ($35,000) in compensatory damages plus interest from the time of the award, and that the costs of this action be taxed against the defendant.

ENTERED this __16__ day of __August__, 2010.

_____
The Honorable James C. Dever, III
United States District Judge